# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 29, 2019

### NO.  03-18-00086-CV

**Craig A. Washington, Appellant**

**v.**

**Commission for Lawyer Discipline, Appellee**

## APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SHANNON
## AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment revoking probation and suspending appellant from the practice of law for three years, signed by the trial court on December 5, 2017.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment.  Appellant shall pay all costs relating to this appeal, both in this Court and the court below.